**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

**IN RE:**

JASIMEN DEQUAN JAMISON

**Chapter:** 13

**Claim Number:** 6

**Case Number:** 26-15406

**Debtor(s)**

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Verizon by AIS InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 07/09/2026, marked as claim number 6 on the court's claims register and in the amount of $1,314.34.

Date: 08/03/2026

/s/ Jordan O'Neal

_____

Verizon by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118